```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
FONSECA,                                                          :
                                                                  :
                        Plaintiffs,                               :
                                                                  :      18-cv-10259 (LJL)
        -v-                                                       :
                                                                  :      ORDER
ROLAND FOOD, LLC and ORBE, S.A.,                                  :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020

LEWIS J. LIMAN, United States District Judge:

     IT IS ORDERED that a status conference in this case will be held on August 5, 2020 at 10:00 a.m. and will proceed by TELEPHONE CONFERENCE. At that date and time, the parties are directed to dial the Court's conference line at 999-251-2909 (access code: 2123101).

     SO ORDERED.

Dated: July 22, 2020
      New York, New York
                                                            LEWIS J. LIMAN
                                             United States District Judge