```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  :
LOUISE DIEGO ZAPATA FONSECA,  :
  :
                Plaintiff,  :
  :   18-cv-10259 (LJL)
    -v-  :
  :   ORDER
ROLAND FOOD, LLC and ORBE S.A.,  :
  :
                Defendants.  :
  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a motion by Plaintiff Louis Diego Zapata Fonseca for an order permitting an alternative means of service on Defendant Orbe, S.A., a Spanish-based company, pursuant to Fed. R. Civ. P. 4(f). *See* Dkt. No. 25. Any objection by Defendant shall be filed no later than August 24, 2020.

      SO ORDERED.

Dated: August 17, 2020              _____
      New York, New York                    LEWIS J. LIMAN
                                                United States District Judge