UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/1/2020___
```

------------------------------------------------------------------X
                                                                   :
LOUIS DIEGO ZAPATA FONSECA,                                        :
                                                                   :
                              Plaintiff,                           :
                                                                   :                 18-cv-10259 (LJL)
              -v-                                                  :
                                                                   :                    ORDER
ROLAND FOOD, LLC and ORBE, S.A.,                                   :
                                                                   :
                              Defendants.                          :
                                                                   :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff's motion for leave to effect alternative service pursuant to Fed. R. Civ. P. 4(f)(3) and
4(h)(2), at Dkt. No. 25, is GRANTED. Plaintiff may make service by personal service, email,
and/or postal channels within one month of this order and shall file an affidavit of service
describing the method of service.

              SO ORDERED.

Dated: September 1, 2020                        _____
       New York, New York                               LEWIS J. LIMAN
                                                     United States District Judge