## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LUIS DIEGO ZAPATA FONSECA, individually, and on behalf of all other similarly situated,

   Plaintiff,

v.

CASE No.: 18-10259

ROLAND FOOD, LLC, a New York limited liability company, and ORBE, S.A., a foreign corporation,

   Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ORBE, S.A.

  COMES NOW, the Plaintiff, individually, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby files this Notice of Voluntary Dismissal with Prejudice against the only remaining Defendant, Orbe, S.A.

Dated: December 22, 2020          Respectfully submitted,

                 */s/ Joshua H. Eggnatz*
                 **EGGNATZ | PASCUCCI**
                 Joshua H. Eggnatz, Esq.
                 Fla. Bar No.: 0067926
                 *Admitted Pro Hac Vice*
                 7450 Griffin Road, Suite 230
                 Davie, FL 33314
                 Tel: (954) 889-3359
                 Fax: (954) 889-5913
                 JEggnatz@JusticeEarned.com
                 MPascucci@JusticeEarned.com

**RICHMAN LAW GROUP**
Kim E. Richman
<u>krichman@richmanlawgroup.com</u>
81 Prospect Street
Brooklyn, New York 11201
Telephone: (212) 687-8291
Facsimile: (212) 687-8292

*Attorneys for Plaintiff*